

# Fourth Court of Appeals
## San Antonio, Texas

November 21, 2016

No. 04-16-00409-CR

Adam **MARROQUIN,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR4359
Honorable Jefferson Moore, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file the appellant's brief is granted. We order appellant to file the appellant's brief by January 13, 2017.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of November, 2016.

Keith E. Hottle
Clerk of Court